

FILED

2014 FEB 10  PM 3: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1   Juanita R. Brooks (SBN 75934)
    brooks@fr.com
2   Roger A. Denning (SBN 228998)
    denning@fr.com
3   Olga I. May (SBN 232012)
    omay@fr.com
4   FISH & RICHARDSON P.C.
    12390 El Camino Real
5   San Diego, CA 92130-2081
    Telephone: (858) 678-5070
6   Facsimile: (858) 678-5099
7   Tamara Fraizer (SBN 215942)
    Fraizer@fr.com
8   FISH & RICHARDSON P.C.
    500 Arguello Street
    Suite 500
9   Redwood City, CA 94063
    Telephone: (650) 839-5070
10  Facsimile: (650) 839-5071

11  Attorneys for Defendants FRESENIUS USA, INC., FRESENIUS USA
12  MANUFACTURING, INC., FRESENIUS MEDICAL CARE HOLDINGS, INC.,
13  FRESENIUS MEDICAL CARE NORTH AMERICA, INC., FRESENIUS USA
    MARKETING, INC., and BEN LIPPS
14
15              UNITED STATES DISTRICT COURT
16       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17  GEORGE KAPULE ENTENDENCIA,    Case No. CV14-01028 - MWF(SSx
18  WILLIAM SYLVA, and MARC SYLVA,
19  as surviving statutory beneficiaries for the    NOTICE OF RELATED CASES
    wrongful death of VIOLET GERTRUDE
20  ENTENDENCIA, deceased, individually    [LOCAL CIVIL RULE 83-1.3]
    and on behalf of all other heirs of
21  decedent; DAVID MCINTYRE, as
22  surviving statutory beneficiary for the
    wrongful death of ELIZABETH
23  MCINTYRE, deceased, individually and
24  on behalf of all other heirs of decedent,
25              Plaintiffs,
26  v.
27  FRESENIUS USA, INC., FRESENIUS
28  USA MANUFACTURING, INC.,

                                        1

1  | FRESENIUS MEDICAL CARE
2  | HOLDINGS, INC., FRESENIUS
   | MEDICAL CARE NORTH AMERICA,
3  | INC., FRESENIUS USA MARKETING,
   | INC., WALTER L. WEISMAN, BEN
4  | LIPPS, JOHN DOES, MEDICAL
   | DIRECTORS, and DOES 1-100
5  | INCLUSIVE
6  |
7  |                          Defendants.

8   TO THE CLERK OF THE COURT:

9   Pursuant to Local Rule 83-1.3, Defendants Fresenius USA, Inc., Fresenius

10  USA Manufacturing, Inc., Fresenius Medical Care Holdings, Inc., Fresenius USA

11  Marketing, Inc. (collectively "the Fresenius Defendants")[1], and Ben Lipps inform the

12  Court of the following previously filed actions in this District that may be related to

13  this action:

14  • *Carolina DeFacio et al. v. Fresenius Medical Care Holdings, et al.*, Case No.
15    5:13-cv-00401-JGB-OP ("*DeFacio*").

16  • *Aurora Nunez et al. v. Fresenius USA Inc., et al.*, Case No. 2:13-cv-02729-
17    DSF-MAN ("*Nunez*").

18  • *Dawn Casian et al. v. Fresenius USA Inc., et al.*, Case No. 13-cv-4079-GHK-
19    JCGx ("*Casian*").

20  • *Mary Frank v. Fresenius USA, Inc., et al.*, Case No. 13-cv-04740-GHK-FFM
21    ("*Frank*").

22  • *Joseph Thiede et al. v. Fresenius Medical Care Holdings, Inc., et al.*, Case No.
23    2:13-cv-04741-PSG-SH ("*Thiede*").

24  • *Daniel Ray Darnell et al. v. Fresenius Medical Care Holdings, Inc. et al.*, Case

25

26  _____
    [1] The Complaint also names "Fresenius Medical Care North America, Inc." as
27  a defendant. "Fresenius Medical Care North America, Inc." is not a legal entity, but
    is instead a d/b/a for Fresenius Medical Care Holdings, Inc. Moreover, Fresenius
28  USA Sales, Inc., named in the body of the Complaint but not the caption, was
    dissolved in March 2010.

2

No. 2:13-cv-05052-MRP-AJW ("*Darnell*").

- *Kimberly Johnson et al. v. Fresenius USA, Inc., et al.*, Case No. 2:13-cv-06245-JGB-OP ("*Johnson*").

- *Michael Rodriguez et al. v. Fresenius USA, Inc.*, Case No. 2:13-cv-7182 ("*Rodriguez*").

- *Yvonne H. Tate v. Fresenius USA, Inc. et al.*, Case No. 13-cv-5271 ("*Tate*").

- *Lashane Williams v. Fresenius Medical Care Holdings, Inc., et al.*, Case No. 13-cv-01833 ("*Williams*").

- *Josephine Arballo et al. v. Fresenius USA, Inc. et al.*, Case No. 13-cv-08153-JGB-OP ("*Arballo*").

- *Jessie Lanz et al. v. Fresenius USA, Inc. et al.*, Case No. 13-cv-02350-VAP-AGR ("*Lanz*").

- *Olivia Martinez et al. v. Fresenius USA, Inc. et al.*, Case No. 13:cv-07948-JGB-OP ("*Martinez*").

*DeFacio*, *Nunez*, *Casian*, *Frank*, *Thiede*, *Darnell*, *Johnson, Tate, Williams, Arballo, Lanz, Martinez,* and this case call for a determination of substantially related or similar questions of law or fact.  These cases, except *Rodriguez* which is a consumer fraud class action, are product liability actions alleging injuries purportedly sustained as a result of use of NaturaLyte and/or GranuFlo in hemodialysis treatment. On March 29, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") consolidated seven of these cases for pre-trial purposes in *In re Fresenius/NaturaLyte Dialysate Products Liability Litigation*, MDL No. 1:13-md-02428-DPW, in the United States District Court for the District of Massachusetts (the "MDL").  There are currently over 400 similar cases pending in the MDL.

Since April 17, 2013, all of the above listed cases have either been transferred to the MDL or conditionally transferred.

1

Dated:  February 10, 2014

Respectfully Submitted,

2

3

By: */s/ Tamara Fraizer*

Tamara Fraizer (SBN 215942)

4

fraizer@fr.com

5

FISH & RICHARDSON, P.C.

500 Arguello Street, Suite 500

6

Redwood City, CA 94063

7

Telephone: (650) 839-5070

Facsimile: (650) 839-5071

8

9

Attorney for Defendants

FRESENIUS USA, INC., FRESENIUS

10

USA MANUFACTURING, INC.,

FRESENIUS MEDICAL CARE

11

HOLDINGS, INC., FRESENIUS

12

MEDICAL CARE NORTH AMERICA,

INC., FRESENIUS USA MARKETING,

13

INC., BEN LIPPS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 10, 2014, I served a copy of the foregoing document(s) on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

**Counsel for Plaintiff:**

Lowell W. Finson (CA Bar No 275586)
PHILLIPS LAW FIRM
2101 Rosecrans Avenue, Suite 3290
EI Segundo, CA 90245
Tel: (877)480-9142
Fax: (213)330-0346
lowell@justiceforyou.com

Scott M. Hendler (TX Bar No 09445500)
Sean Lyons (TX Bar No 00792280)
HENDLER LAW, PC
Park Terrace
1301 W. 25th Street, Suite 400
Austin, TX 78705
Telephone: (512) 439-3200
shendler@hendlerlaw.com
slyons@henderlaw.com

J. Paul Sizemore, (CA Bar No 254981)
Jaime E. Moss, (CA Bar No 285761)
SIZEMORE LAW FIRM, PLC.
2101 Rosecrans Avenue, Suite 3290
EI Segundo, CA 90245
Tel: (310) 322-8800
Fax: (310) 322-8811
paul@sizemorelawfirm.com
moss@sizemorelawfirm.com

Michael J. Brickman (SC Bar No 000874)
Kimberly Keevers Palmer (SC Bar No 66496)
Nina Fields Britt (SC Bar No 68294)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1017 Chuck Dawley Boulevard
Post Office Box 1007
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
mbricman@rpwb.com
kkeevers@rpwb.com
nfields@rpwb.com

☐  **MAIL:**            Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

5

| | | |
|---|---|---|
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **E-MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| XX | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.  Executed on February 10, 2014, at Redwood City, California.

*/s/ Cecilia Acosta*
Cecilia Acosta